```
1   Scott A. Kronland (SBN 171693)
    Corinne F. Johnson (SBN 287385)
2   Jonathan Rosenthal (SBN 329638)
3   ALTSHULER BERZON LLP
    177 Post Street, Suite 300
4   San Francisco, CA 94108
    Tel. (415) 421-7151
5   Fax (415) 362-8064
    skronland@altber.com
6   cjohnson@altber.com
    jrosenthal@altber.com
7

8   Mario Martínez (SBN 200721)
    Edgar Iván Aguilasocho (SBN 285567)
9   MARTÍNEZ AGUILASOCHO LAW, INC.
    900 Truxtun Ave, Suite 300
10  Bakersfield, CA 93301
    Tel. (661) 859-1174
11  Fax (661) 840-6154
12  mmartinez@farmworkerlaw.com
    eaguilasocho@farmworkerlaw.com
13
    Attorneys for Proposed Intervenor
14  United Farm Workers of America
```

Scott A. Kronland (SBN 171693)
Corinne F. Johnson (SBN 287385)
Jonathan Rosenthal (SBN 329638)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
cjohnson@altber.com
jrosenthal@altber.com

Mario Martínez (SBN 200721)
Edgar Iván Aguilasocho (SBN 285567)
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel. (661) 859-1174
Fax (661) 840-6154
mmartinez@farmworkerlaw.com
eaguilasocho@farmworkerlaw.com

*Attorneys for Proposed Intervenor
United Farm Workers of America*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WONDERFUL NURSERIES LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>AGRICULTURAL LABOR RELATIONS BOARD, et al.,<br><br>       Defendants;<br><br>UNITED FARM WORKERS OF AMERICA,<br><br>       [Proposed] Intervenor-Defendant. | Case No. 1:24-cv-01601-KES-CDB<br><br>**UNITED FARM WORKERS' NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**<br><br>Date:  March 3, 2025<br>Time: 1:30 pm<br>Place: Courtroom 6, 7th floor<br>Judge: Hon. Kirk E. Sherriff<br><br>Action Filed:  December 30, 2024<br>Trial Date:    None |

NOTICE OF MOTION FOR LEAVE TO INTERVENE, #1:24-cv-01601-KES-CDB

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 3, 2025, at 1:30 p.m. or as soon thereafter as this matter may be heard, before the Honorable Kirk E. Sherriff in Courtroom 6, 7th Floor, at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, the United Farm Workers of America ("UFW") will and hereby does move to intervene as defendant in this action. This motion is made pursuant to Rule 24 of the Federal Rules of Civil Procedure on the following grounds:

1. UFW is entitled to intervene as a matter of right under Rule 24(a)(2) because (a) UFW's motion is timely; (b) UFW has significantly protectable interests in the protections granted by the California Agricultural Labor Relations Act's provisions for Mandatory Mediation and Conciliation ("MMC"), which plaintiff challenges as unconstitutional in this action; (c) UFW's interests would be severely impaired if the Court were to declare the MMC provisions unconstitutional; and (d) the existing defendants may not adequately represent UFW's more narrow and parochial interests in the challenged statute.

2. In the alternative, UFW should be permitted to intervene pursuant to Rule 24(b), because UFW's defense of the MMC provisions would require the Court to answer the same questions of law that will be determinative of the existing action and UFW's intervention would not cause undue delay or prejudice to any existing parties.

UFW's motion is based upon this notice of motion and motion; the accompanying memorandum of points and authorities; the accompanying proposed answer to the complaint, the complete files and records of this action; and such other and further matters as the Court may properly consider.

This motion is made following the conferences of counsel that took place on January 9, 2025 (with defendants' counsel) and January 17, 2025 (with plaintiff's counsel), respectively. Defendants do not oppose UFW's intervention. Plaintiff opposes UFW's intervention.

DATED: January 22, 2025                    Respectfully submitted,

                                                        Scott A. Kronland
                                                        Corinne F. Johnson
                                                        Jonathan Rosenthal
                                                        ALTSHULER BERZON LLP

                                                        Mario Martínez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                Edgar Iván Aguilasocho
                MARTÍNEZ AGUILASOCHO LAW, INC.

By: */s/ Scott A. Kronland*
     Scott A. Kronland

*Attorneys for Proposed Intervenor*
*United Farm Workers of America*