1  JAMES R. HARVEY, Esq.
State Bar No. 273790
2  Clifford & Brown, P.C.
1430 Truxtun Avenue
3  Bakersfield, California  93301
(661) 322-6023
4  Facsimile — (661) 322-3508
E-Mail — jharvey@clifford-brownlaw.com
5
W. JAMES YOUNG, Esq.*
6  c/o National Right to Work Legal
        Defense Foundation, Inc.
7  8001 Braddock Road, Suite 600
Springfield, Virginia  22160
8  (703) 321-8510
Facsimile — (703) 321-9319
9  E-Mail — wjy@nrtw.org

10  ATTORNEYS FOR PROPOSED INTERVENORS

11
UNITED STATES DISTRICT COURT
12  FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION
13

14
WONDERFUL NURSERIES LLC,          CASE NO. 1:24-cv-01601-KES-CDB
15
        Plaintiff,          PROPOSED PLAINTIFFS-INTERVENORS
16                          CLAUDIA CHAVEZ *ET AL.*'S NOTICE OF
v.                          MOTION; MOTION FOR LEAVE TO
17                          INTERVENE AND FILE COMPLAINT IN
AGRICULTURAL LABOR RELATIONS BOARD  INTERVENTION
18  *ET AL.*,
                            Rule 24, FED.R.CIV.P.
19        Defendants.
                            Hearing Date: Monday, 10 March 2025
20                          Time: 1:30 p.m.
                            Location: Courtroom 6, 7th Floor
21

22  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23        PLEASE TAKE NOTICE that on Monday, 10 March 2025, at 1:30 p.m., or as soon thereafter as

24  the matter may be heard, before the Honorable Kirk E. Sherriff in Courtroom 6 of the above-entitled

25  Court, located at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, 7th Floor, Fresno,

26  California  93721, Proposed Plaintiffs-Intervenors Claudia Chavez, Maria Ester Gutierrez, Francisco

27

28        * *Pro Hac Vice* Motion filed concurrently herewith.

1   Antonio, Erik Ferrer Chacon, Maria Chacon, Florentina Torres Cruz, Ines Cruz, Gloria Gonzales,

2   Lorenzo Hernandez, Selene Lizzaraga, Yolanda Martinez, Ana Molina, Leticia Navarro, Ana Ortiz,

3   Maria C. Pedro, Jose Ruiz, Maria C. Sanchez, Angelina Torres, Etelverto Torres, and Domatila

4   Vasquez ("the Employees") will and hereby do move for an order from the Court granting them leave

5   the intervene and filed a Complaint in Intervention (attached hereto) in the above-styled action.

6         This Motion is made pursuant to Rule 24, FED.R.CIV.P., which provides that:

7         (a)   **Intervention of Right.**  On timely motion, the court must permit anyone to
              intervene who:
8         ****
          (2)   claims an interest relating to the property or transaction that is the subject of the
9         action, and is so situated that disposing of the action may as a practical matter impair or
          impede the movant's ability to protect its interest, unless existing parties adequately
10        represent that interest.
          (b)   **Permissive Intervention.**
11              (1)   In General. On timely motion, the court may permit anyone to intervene
                who:
12        ****
                      (B)   has a claim or defense that shares with the main action a common
13                    question of law or fact.
          ****
14              (3)   Delay or Prejudice. In exercising its discretion, the court must consider
                whether the intervention will unduly delay or prejudice the adjudication of the
15              original parties' rights.
          (c)   Notice and Pleading Required. A motion to intervene must be served on the
16        parties as provided in Rule 5. The motion must state the grounds for intervention and be
          accompanied by a pleading that sets out the claim or defense for which intervention is
17        sought.

18   Rule 24, FED.R.CIV.P.  The Employees seek intervention on either or both grounds, and seeks to join

19   Plaintiff in claiming "an interest relating to the property or transaction that is the subject of the action."

20   Rule 24(a)(2), FED.R.CIV.P., and/or because they possess "a claim or defense that shares with the main

21   action a common question of law or fact."  Rule 24(b)(1)(B), FED.R.CIV.P.

22   ////

23   ////

24   ////

25   ////

26   ////

27   ////

28   ////

1    This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum

2    of Points and Authorities, the attached Complaint in Intervention (attached hereto as Exhibit A

3    pursuant to Rule 24(c), FED.R.CIV.P.), and on all other matters of which the Court may take notice.

4    DATED: 3 February 2025

5                                              Respectfully submitted,

6                                              /s/ James R. Harvey

7                                              JAMES R. HARVEY, Esq.
                                               State Bar No. 273790
8                                              Clifford & Brown, P.C.
                                               1430 Truxtun Avenue
9                                              Bakersfield, California  93301
                                               (661) 322-6023
10                                             Facsimile — (661) 322-3508
                                               E-Mail — jharvey@clifford-brownlaw.com
11
                                               /s/ W. James Young
12
13                                             W. JAMES YOUNG, Esq.
                                               c/o National Right to Work Legal
14                                                   Defense Foundation, Inc.
                                               8001 Braddock Road, Suite 600
15                                             Springfield, Virginia  22160
                                               (703) 321-8510
16                                             E-Mail — wjy@nrtw.org

17                                             ATTORNEYS FOR PROPOSED INTERVENORS

18

19                              H:\WP\California Cases\Chavez.ALRB\Federal Lawsuit - Wonderful\Intervention\Motion.wpd
20                                             Friday, 31 January  2025, 15:56:42 PM

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, James R. Harvey, counsel for Plaintiffs-Intervenors, hereby certify that I electronically filed with the Clerk of Court the foregoing **PROPOSED PLAINTIFFS-INTERVENORS CLAUDIA CHAVEZ *ET AL*.'S NOTICE OF MOTION; MOTION FOR LEAVE TO INTERVENE AND FILE COMPLAINT IN INTERVENTION,** using the CM/ECF system which will send notification of such filing to Defendants' Counsel and all other Counsel of Record, this 3d day of February, 2025.

     /s/ James R. Harvey     

JAMES R. HARVEY
