UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDERFUL NURSERIES, LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>AGRICULTURAL LABOR RELATIONS BOARD, *et al.*,<br><br>              Defendants. | Case No. 1:24-cv-01601-KES-CDB<br><br>ORDER GRANTING APPLICATION OF W. JAMES YOUNG TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 14) |

The Court has considered the application of W. James Young, attorney for proposed intervenor plaintiffs Claudia Chavez, *et al.*, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 14). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **February 6, 2025**                          _____
                                                                                  UNITED STATES MAGISTRATE JUDGE