1  JAMES R. HARVEY, Esq.
State Bar No. 273790

2  Clifford & Brown, P.C.
1430 Truxtun Avenue

3  Bakersfield, California  93301
(661) 322-6023

4  Facsimile — (661) 322-3508
E-Mail — jharvey@clifford-brownlaw.com

5
W. JAMES YOUNG, Esq.

6  c/o National Right to Work Legal
        Defense Foundation, Inc.

7  8001 Braddock Road, Suite 600
Springfield, Virginia  22160

8  (703) 321-8510
Facsimile — (703) 321-9319

9  E-Mail — wjy@nrtw.org

10  ATTORNEYS FOR PROPOSED INTERVENORS

11  _____

UNITED STATES DISTRICT COURT
12  FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION
13

14
    WONDERFUL NURSERIES LLC,                    CASE NO. 1:24-cv-01601-KES-CDB
15
            Plaintiff,                          **PROPOSED PLAINTIFFS-INTERVENORS
16                                              CLAUDIA CHAVEZ *ET AL.*'S CORRECTED
    v.                                          NOTICE OF MOTION; MOTION FOR LEAVE
17                                              TO INTERVENE AND FILE COMPLAINT IN
    AGRICULTURAL LABOR RELATIONS BOARD          INTERVENTION**
18  *ET AL.*,
                                                Rule 24, FED.R.CIV.P.
19          Defendants.
                                                Hearing Date: Monday, 17 March 2025
20                                              Time: 1:30 p.m.
                                                Location: Courtroom 6, 7th Floor
21

22  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23      PLEASE TAKE NOTICE that the original Notice of Motion; Motion for Leave to Intervene and

24  File Complaint in Intervention filed by Proposed Plaintiffs-Intervenors Claudia Chavez, Maria Ester

25  Gutierrez, Francisco Antonio, Erik Ferrer Chacon, Maria Chacon, Florentina Torres Cruz, Ines Cruz,

26  Gloria Gonzales, Lorenzo Hernandez, Selene Lizzaraga, Yolanda Martinez, Ana Molina, Leticia

27  Navarro, Ana Ortiz, Maria C. Pedro, Jose Ruiz, Maria C. Sanchez, Angelina Torres, Etelverto Torres,

28  and Domatila Vasquez ("the Employees"), and noticing a Hearing Date on Monday, 10 March 2025, at

PROPOSED INTERVENORS' CORRECTED NOTICE OF MOTION; MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION      PAGE - 1

1    1:30 p.m., is hereby **CORRECTED** to notice a hearing date on Monday, 17 March 2025, at 1:30 p.m.,

2    or as soon thereafter as the matter may be heard, before the Honorable Kirk E. Sherriff in Courtroom 6

3    of the above-entitled Court, located at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, 7th

4    Floor, Fresno, California  93721.

5    DATED: 10 February 2025

6                                    Respectfully submitted,

7                                    /s/ James R. Harvey

8                                    JAMES R. HARVEY, Esq.
                                     State Bar No. 273790
9                                    Clifford & Brown, P.C.
                                     1430 Truxtun Avenue
10                                   Bakersfield, California  93301
                                     (661) 322-6023
11                                   Facsimile — (661) 322-3508
                                     E-Mail — jharvey@clifford-brownlaw.com
12
                                     /s/ W. James Young
13
                                     W. JAMES YOUNG, Esq.
14                                   c/o National Right to Work Legal
                                         Defense Foundation, Inc.
15                                   8001 Braddock Road, Suite 600
                                     Springfield, Virginia  22160
16                                   (703) 321-8510
                                     E-Mail — wjy@nrtw.org
17
                                     ATTORNEYS FOR PROPOSED INTERVENORS
18

19

20              H:\WP\California Cases\Chavez.ALRB\Federal Lawsuit - Wonderful\Intervention\Corrected Motion.wpd
                                     Monday, 10 February  2025, 12:41:52 PM
21

22

23

24

25

26

27

28

PROPOSED INTERVENORS' CORRECTED NOTICE OF MOTION; MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION    PAGE - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I, James R. Harvey, counsel for Plaintiffs-Intervenors, hereby certify that I electronically filed with the Clerk of Court the foregoing **PROPOSED PLAINTIFFS-INTERVENORS CLAUDIA CHAVEZ *ET AL.*'S CORRECTED NOTICE OF MOTION; MOTION FOR LEAVE TO INTERVENE AND FILE COMPLAINT IN INTERVENTION,** using the CM/ECF system which will send notification of such filing to Defendants' Counsel and all other Counsel of Record, this 10th day of February, 2025.

/s/ James R. Harvey

JAMES R. HARVEY