UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDERFUL NURSERIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGRICULTURAL LABOR RELATIONS BOARD, et al.,<br><br>Defendants. | No.  1:24-cv-01601-KES-CDB<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CONSOLIDATED WITH CASE NO. 1:25-CV-00577-KES-CDB |

The parties are ORDERED TO SHOW CAUSE, in writing by June 2, 2025, why this case should not be consolidated with *Western Growers Association et al. v. Agricultural Labor Relations Board et al.*, No. 1:25-cv-00577-KES-CDB.

IT IS SO ORDERED.

Dated:   May 20, 2025

UNITED STATES DISTRICT JUDGE

1