1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  KRISTI HUGHES, State Bar. No. 235943
   SEBASTIAN BRADY, State Bar No. 330904
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3592
6    Fax:  (415) 703-5480
     E-mail:  Sebastian.Brady@doj.ca.gov
7  *Attorneys for Defendants*

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        FRESNO DIVISION

| | |
|---|---|
| **WONDERFUL NURSERIES LLC,** <br><br> Plaintiff, <br><br> **CLAUDIA CHAVEZ**, *et al.*, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> **AGRICULTURAL LABOR RELATIONS BOARD,** *et al.*, <br><br> Defendants <br><br> **UNITED FARM WORKERS OF AMERICA,** <br><br> Intervenor-Defendant. | Lead Case: 1:24-cv-01601-KES-CDB <br> Member Case: 1:25-cv-00577-KES-CDB <br><br> **JOINT STIPULATION TO WITHDRAW PENDING MOTIONS TO DISMISS AND EXTEND DEADLINES FOR NEW CONSOLIDATED COMPLAINT; ORDER** <br><br> Judge:  The Honorable Kirk E. Sherriff <br> Trial Date:   Not set <br> Action Filed: December 30, 2024 |
| **WESTERN GROWERS ASSOCIATION,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **AGRICULTURAL LABOR RELATIONS BOARD,** *et al.*, | |

1

|   |   |
|---|---|
| | Defendants, |
| **UNITED FARM WORKERS OF AMERICA,** | |
| | Intervenor-Defendant. |

WHEREAS, Plaintiff Wonderful Nurseries, LLC ("Wonderful") filed its Complaint ("Wonderful's Complaint") in this case on December 20, 2024 (Lead Case ECF No. 1);

WHEREAS, on April 8, 2025, Defendants filed a Motion to Dismiss Wonderful's Complaint (Lead Case ECF No. 41), which is fully briefed;

WHEREAS, Intervenor-Plaintiffs filed their First Amended Intervenor Complaint ("Intervenor Complaint") on May 19, 2025 (Lead Case ECF No. 48);

WHEREAS, on June 30, 2025, this Court approved the joint stipulation of Intervenor-Plaintiffs, Defendants, and Intervenor-Defendant to extend Defendants' and Intervenor-Defendant's deadline to respond to Intervenor-Plaintiffs' complaint until 30 days after this Court resolved Defendants' Motion to Dismiss Wonderful's Complaint (Lead Case ECF No. 61);

WHEREAS, in May 2025, Case No. 3:25-cv-815, *Western Growers Assn., et al. v. Agricultural Labor Relations Bd., et al.*, was transferred to the United States District Court for the Eastern District of California, re-designated as Case No. 1:25-cv-577, and re-assigned to this Court (Member Case ECF Nos. 21–22, 27);

WHEREAS, on June 9, 2025, Defendants in Case No. 1:25-cv-577 filed a motion to dismiss (Member Case ECF No. 43), which WGA Plaintiffs opposed on June 30, 2025 (Member Case ECF No. 47) and for which Defendants' reply brief is due on July 15, 2025;

WHEREAS, on July 1, 2025, this Court consolidated this case with Case No. 1:25-cv-577 and directed plaintiffs in both cases to file a consolidated complaint in this case (Lead Case ECF No. 62; Member Case ECF No. 49);

WHEREAS, on July 8, 2025, Wonderful and WGA Plaintiffs ("Employer Plaintiffs") filed a consolidated complaint (Lead Case ECF No. 65);

2

Joint Stipulation to Withdraw Pending Motions to Dismiss and Extend Deadlines for New Consolidated Complaint; Order (1:24-cv-01601-KES-CDB)

1    WHEREAS, on July 9, 2025, this Court directed all plaintiffs to file a consolidated
2 complaint including Intervenor-Plaintiffs within seven days, July 16, 2025, and all defendants to
3 respond to that complaint 14 days thereafter (Lead Case ECF No. 66);
4    WHEREAS, the parties have conferred via email about these deadlines and regarding the
5 pending motions to dismiss;
6    WHEREAS, lead counsel for Employer Plaintiffs will be out of the office before and on the
7 due date for filing the new consolidated complaint to attend a memorial service in Baltimore,
8 Maryland;
9    WHEREAS, in light of the anticipated length of the forthcoming new consolidated
10 complaint and the press of other matters, Defendants' counsel requires additional time to respond
11 to the new consolidated complaint; and
12    WHEREAS, all parties have agreed to extend the deadlines relating to the new consolidated
13 complaint and to enlarge certain page limits for related motions;
14    NOW, THEREFORE, subject to this Court's approval, it is hereby stipulated and agreed by
15 the parties, through their counsel of record, that:
16 - The currently pending motions to dismiss (Lead Case ECF No. 41 & Member Case
17   ECF No. 43) are withdrawn without prejudice to the filing of motions to dismiss the
18   consolidated complaint;
19 - The deadline to file a new consolidated complaint is extended seven days, to July 23,
20   2025;
21 - Defendants' and Intervenor-Defendant's deadline to respond to the new consolidated
22   complaint is extended by seven days, making their deadline to respond 21 days after the
23   filing of the consolidated complaint;
24 - The page limits for motions to dismiss the new consolidated complaint are enlarged to
25   30 pages and the page limits for replies are enlarged to 20 pages; and
26 - Should Employer Plaintiffs and the Intervenor-Plaintiffs file a consolidated opposition
27   to the motions to dismiss, the page limit for this opposition is enlarged to 30 pages.
28

3
Joint Stipulation to Withdraw Pending Motions to Dismiss and Extend Deadlines for New Consolidated Complaint;
Order (1:24-cv-01601-KES-CDB)

| | | |
|---|---|---|
| 1 | Dated: July 14, 2025 | Respectfully submitted, |

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KRISTI HUGHES
Deputy Attorney General

*/s/ Sebastian Brady*
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Defendants*

Dated: July 14, 2025                                                Respectfully submitted,

BARBARA E. TAYLOR
KRISTA L. LANDIS

*/s/ David A. Schwarz* (as authorized on July 14, 2025 – LR 131(e))
DAVID A. SCHWARZ
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


PATRICK MOODY

BARSAMIAN & MOODY

*Attorneys for Wonderful and WGA Plaintiffs*

4

Joint Stipulation to Withdraw Pending Motions to Dismiss and Extend Deadlines for New Consolidated Complaint; Order (1:24-cv-01601-KES-CDB)

| | | |
|---|---|---|
| 1 | Dated: July 14, 2025 | Respectfully submitted, |

JAMES R. HARVEY, ESQ.
CLIFFORD & BROWN, P.C.

*/s/ W. James Young* (as authorized on July 14, 2025 – LR 131(e))
W. JAMES YOUNG, ESQ.
NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, INC.

*Attorneys for Intervenor-Plaintiffs*

Dated: July 14, 2025                                      Respectfully submitted,

CORINNE F. JOHNSON
JONATHAN ROSENTHAL

*/s/ Scott A. Kronland* (as authorized on July 12, 2025 – LR 131(e))
SCOTT A. KRONLAND
ALTSHULER BERZON LLP

MARIO MARTÍNEZ
EDGAR IVÁN AGUILASOCHO
MARTÍNEZ AGUILASOCHO LAW, INC.

*Attorneys for Intervenor-Defendant*

5

**ORDER**

Having considered the parties' stipulation, and good cause appearing for extending the briefing schedule as stipulated, IT IS HEREBY ORDERED:

1. The pending motions to dismiss (Lead Case ECF No. 41 & Member Case ECF No. 43) are deemed withdrawn without prejudice to the filing of motions to dismiss the consolidated complaint;

2. The deadline to file a new consolidated complaint is extended seven days, to July 23, 2025;

3. Defendants' and Intervenor-Defendant's deadline to respond to the new consolidated complaint is extended seven days, making their deadline to respond 21 days after the filing of the consolidated complaint;

4. The page limits for motions to dismiss the new consolidated complaint are enlarged to 30 pages and the page limits for replies are enlarged to 20 pages;

5. Should the Employer Plaintiffs and the Intervenor-Plaintiffs file a consolidated opposition to the motions to dismiss, the page limit for this opposition is enlarged to 30 pages.

IT IS SO ORDERED.

Dated:   July 14, 2025

UNITED STATES DISTRICT JUDGE

6

Joint Stipulation to Withdraw Pending Motions to Dismiss and Extend Deadlines for New Consolidated Complaint; Order (1:24-cv-01601-KES-CDB)