ROB BONTA, State Bar No. 202668
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
KRISTI A. HUGHES, State Bar No. 235943
SEBASTIAN BRADY, State Bar No. 330904
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3592
 Fax: (415) 703-5480
 E-mail: Sebastian.Brady@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **WONDERFUL NURSERIES LLC,**<br><br>Plaintiff,<br><br>**CLAUDIA CHAVEZ, MARIA ESTER GUTIERREZ, FRANCISCO ANTONIO, ERIK FERRER CHACON, MARIA CHACON, FLORENTINA TORRES CRUZ, INES CRUZ, GLORIA GONZALES, LORENZO HERNANDEZ, SELENE LIZZARAGA, YOLANDA MARTINEZ, ANA MOLINA, LETICIA NAVARRO, ANA ORTIZ, MARIA C. PEDRO, JOSE RUIZ, MARIA C. SANCHEZ, ANGELINA TORRES, ETELVERTO TORRES, and DOMATILA VASQUEZ,**<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>**AGRICULTURAL LABOR RELATIONS BOARD; VICTORIA HASSID, in her official capacity as Chairperson of the California Agricultural Labor Relations Board; ISADORE HALL III, BARRY BROAD, RALPH LIGHTSTONE, and CINTHIA N. FLORES, in her official capacities as Members of the California Agricultural Relations Board; SANTIAGO** | Lead Case: 1:24-cv-01601-KES-CDB<br>Member Case: 1:25-cv-00577-KES-CDB<br><br>**DECLARATION OF SANTIAGO AVILA-GOMEZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: September 22, 2025<br>Time: 1:30 p.m.<br>Courtroom: 6<br>Judge: The Honorable Kirk E. Sherriff<br>Trial Date: None set<br>Action Filed: December 30, 2024 |

1

|  |  |
|---|---|
| 1 | AVILA-GOMEZ, in his official capacity as Executive Secretary of the California Agricultural Labor Relations Board; and DOES 1 through 100 inclusive, |
| 2 | |
| 3 | |
| | Defendants, |
| 4 | |
| | UNITED FARM WORKERS OF AMERICA, |
| 5 | |
| | Intervenor-Defendant. |
| 6 | |
| 7 | WESTERN GROWERS ASSOCIATION and OLIVE HILL GREENHOUSES, INC., |
| 8 | |
| | Plaintiffs, |
| 9 | |
| | v. |
| 10 | |
| 11 | AGRICULTURAL LABOR RELATIONS BOARD; VICTORIA HASSID in her official capacity as Chairperson of the California Agricultural Labor Relations Board; ISADORE HALL III, BARRY BROAD, RALPH LIGHTSTONE, and CINTHIA N. FLORES, in their official capacities as Members of the California Agricultural Labor Relations Board; SANTIAGO AVILA-GOMEZ, in his official capacity as Executive Secretary of the California Agricultural Labor Relations Board, |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| | Defendants, |
| 18 | |
| | UNITED FARM WORKERS OF AMERICA, |
| 19 | |
| 20 | Intervenor-Defendant. |

## DECLARATION OF SANTIAGO AVILA-GOMEZ

I, Santiago Avila-Gomez, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California and am employed as the Executive Secretary of the Agricultural Labor Relations Board ("ALRB"). I submit this declaration in support of Defendants' Opposition to Motion for Preliminary Injunction. Except where otherwise stated, I have personal knowledge of the facts set

2

Decl. of Santiago Avila-Gomez ISO Defs.' Mot. to Dismiss (1:24-cv-01601-KES-CDB)

forth in this declaration and if called as a witness, I could and would testify competently to these facts under oath.

2. I have served as the ALRB's Executive Secretary since August 2017. As Executive Secretary, I serve as the executive officer of the ALRB and legal advisor on issues relating to unfair labor practice cases, representation cases, mandatory mediation and conciliation cases, and jurisdictional disputes. I also plan and direct the management of the ALRB's caseload incident to its statutory functions.

3. I am familiar with the ALRB's records relating to MMC proceedings and have reviewed them as necessary in making this declaration. In addition, in my role as the ALRB's Executive Secretary, I have reviewed the ALRB's orders referring parties to MMC from 2012 to the present, as well as MMC reports submitted to the ALRB by mediators under the MMC procedure.

4. From 2012 to now, the Board has issued orders referring parties to MMC nine (9) times. Six (6) of the nine (9) petitions referred to MMC proceedings concluded with a mediator's report adopted by a Board decision, resulting in an overall 67% adoption rate after referral to MMC.

5. In the six (6) matters where the ALRB issued a decision adopting the mediator's report, an average of 287 days passed between referral to MMC and adoption; the fastest was completed in 118 days, while the slowest was completed in 799 days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13 day of August, 2025, at Sacramento, California.

_____
Santiago Avila-Gomez