1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  KRISTI HUGHES, State Bar. No. 235943
   SEBASTIAN BRADY, State Bar No. 330904
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3592
6    Fax:  (415) 703-5480
     E-mail:  Sebastian.Brady@doj.ca.gov
7  *Attorneys for Defendants*

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  FRESNO DIVISION

| | |
|---|---|
| **WONDERFUL NURSERIES LLC,** <br><br> Plaintiff, <br><br> **CLAUDIA CHAVEZ,** *et al.*, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> **AGRICULTURAL LABOR RELATIONS BOARD,** *et al.*, <br><br> Defendants <br><br> **UNITED FARM WORKERS OF AMERICA,** <br><br> Intervenor-Defendant. | Lead Case: 1:24-cv-01601-KES-CDB <br> Member Case: 1:25-cv-00577-KES-CDB <br><br> **JOINT STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES AND RESCHEDULE HEARING ON MOTION TO DISMISS (ECF NO. 70)** <br><br> Judge:     The Honorable Kirk E. Sherriff <br> Trial Date:   Not set <br> Action Filed: December 30, 2024 |
| **WESTERN GROWERS ASSOCIATION,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **AGRICULTURAL LABOR RELATIONS BOARD,** *et al.*, | |

|                                           Defendants, |
|--------------------------------------------------------|

**UNITED FARM WORKERS OF AMERICA,**

                   Intervenor-Defendant.

WHEREAS, Plaintiffs Wonderful Nurseries, LLC, Olive Hill Greenhouses, and Western Growers Association, and Intervenor-Plaintiffs Claudia Chavez, *et al.*, filed a Consolidated Complaint in this consolidated case on July 23, 2025 (ECF No. 69);

WHEREAS, Defendants filed a Motion to Dismiss the Consolidated Complaint on August 13 (ECF No. 70);

WHEREAS, Intervenor-Defendant UFW filed a Joinder in this Motion on August 13 (ECF No. 71);

WHEREAS, Plaintiffs' and Intervenor-Plaintiffs' oppositions to this Motion are currently due August 27 and Defendants' and Intervenor-Defendant's replies are due September 8 under Local Rule 230(c), (d);

WHEREAS, a hearing on the Motion is currently noticed for September 22 (ECF No. 70);

WHEREAS, lead counsel for Defendants is unexpectedly serving as lead counsel in an emergency matter, *California et al. v. USDA, et al.*, No. 3:25-cv-06310 (N.D. Cal.), for the next four weeks;

WHEREAS, lead counsel will have a reply in support of a motion for a stay or preliminary injunction due in that matter either September 8 or 9;

WHEREAS, lead counsel will likely have a hearing on the motion for stay or preliminary injunction on September 12;

WHEREAS, the outcome of that hearing may trigger substantial emergency briefing in the appellate courts;

WHEREAS, Plaintiffs, Intervenor-Plaintiffs, and Intervenor-Defendant have graciously agreed to Defendants' request for a mutual 10-day extension of the current briefing schedule;

1  NOW, THEREFORE, subject to this Court's approval, it is hereby stipulated and agreed by
2  the parties, through their counsel of record, that:

- The deadline for Plaintiffs' and Intervenor-Plaintiffs' oppositions to Defendants' Motion to Dismiss is extended 10 days, to September 8, 2025;
- The deadline for Defendants' and Intervenor-Defendant's replies in support of the Motion to Dismiss are extended an additional 10 days, to September 29, 2025; and
- The hearing on the Motion to Dismiss currently scheduled for September 22, 2025 is rescheduled to October 20, 2025.

Dated:  August 25, 2025                                Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KRISTI HUGHES
Deputy Attorney General


*/s Sebastian Brady*
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Defendants*

Dated:  August 25, 2025                                Respectfully submitted,

BARBARA E. TAYLOR
DAVID A. SCHWARZ


*/s Krista A. Landis* (as authorized on Aug. 25, 2025 – LR 131(e))
KRISTA A. LANDIS
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

PATRICK MOODY

BARSAMIAN & MOODY

*Attorneys for Wonderful and WGA Plaintiffs*

3

1  Dated: August 25, 2025                      Respectfully submitted,

2

3                                              JAMES R. HARVEY, ESQ.
                                               CLIFFORD & BROWN, P.C.
4

5                                              */s W. James Young* (as authorized on Aug. 25, 2025 – LR 131(e))
                                               W. JAMES YOUNG, ESQ.
6                                              NATIONAL RIGHT TO WORK LEGAL DEFENSE
7                                              FOUNDATION, INC.

8                                              *Attorneys for Intervenor-Plaintiffs*

9  Dated: August 25, 2025                      Respectfully submitted,

10

11                                             CORINNE F. JOHNSON
                                               JONATHAN ROSENTHAL

12                                             */s Scott A. Kronland* (as authorized on Aug. 25, 2025 – LR 131(e))
13                                             SCOTT A. KRONLAND
                                               ALTSHULER BERZON LLP
14
                                               MARIO MARTÍNEZ
15                                             EDGAR IVÁN AGUILASOCHO
                                               MARTÍNEZ AGUILASOCHO LAW, INC.
16
                                               *Attorneys for Intervenor-Defendant*
17

18

19

20

21

22

23

24

25

26

27

28

4

**ORDER**

Having considered the parties' Stipulation, and good cause appearing for extending the briefing schedule as stipulated, IT IS HEREBY ORDERED:

1. The deadline for Plaintiffs' and Intervenor-Plaintiffs' oppositions to Defendants' Motion to Dismiss is extended 10 days, to September 8, 2025;

2. The deadline for Defendants' and Intervenor-Defendant's replies in support of the Motion to Dismiss are extended an additional 10 days, to September 29, 2025; and

3. The hearing on the Motion to Dismiss, currently scheduled for September 22, 2025, is rescheduled to October 20, 2025.

IT IS SO ORDERED.

Dated:   August 26, 2025

UNITED STATES DISTRICT JUDGE